AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Alan Martina<br>1910 Ferris Rd.<br>Columbus, Ohio 43224<br><br>*Defendant(s)* | Case No. 2:25-mj-563 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 15, 2025- April 18, 2025__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252, 2252A | The distribution, transmission, receipt, and/or possession of child pornography |

This criminal complaint is based on these facts:
See attached affidavit of HSI Special Agent Sara Sellers which is fully incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Sara Sellers, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.
Via FaceTime

Date: October 8, 2025

City and state: Columbus, Ohio

Elizabeth A. Preston Deavers
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **In the Matter of:** ) | |
| ) | **Case No.:** 2:25-mj-563 |
| **United States of America** ) | |
| v. ) | |
| **Alan Martina** ) | **Magistrate Judge** Deavers |
| **1910 Ferris Road** ) | |
| **Columbus, Ohio 43224** ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sara Sellers (Your Affiant), a Special Agent (SA) with the Homeland Security Investigations (HSI), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I, Special Agent Sara Sellers (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of 18 U.S.C. §§ 2252, 2252A –distribution, transmission, receipt, and/or possession of child pornography, or attempts of such. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Alan Martina (**MARTINA**) committed the violations listed above.

2. I am a Special Agent (SA) of Homeland Security Investigations (HSI), assigned to the Office of the Assistant Special Agent in Charge, Columbus, Ohio since December 2020. During my tenure as a Special Agent, I have completed the Criminal Investigator Training Program (CITP) and the Homeland Security Investigations Special Agent Training Program (HSISAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. During CITP and HSISAT I have received training that included cybercrimes, sexual exploitation of minors, child pornography, and the dark web. I am currently based out of the Franklin County Sheriff's Office Internet Crimes Against Children (ICAC) Task Force investigating child exploitation and am responsible for enforcing federal law in numerous counties in the Southern District of Ohio. Moreover, I am a federal law enforcement officer who is engaged in enforcing federal criminal laws, including 18 U.S.C. § 2252, and 2252A, and I am authorized by law to request a criminal complaint and arrest warrant.

### PROBABLE CAUSE

3. In April 2025, a CyberTipline Report was submitted to the National Center for Missing

and Exploited Children (NCMEC) from Kik Messenger regarding the uploading of four files, two of which depicted child pornography. The uploading of the child pornography occurred between approximately April 15, 2025 through April 18, 2025 by Kik user "celebenjoyer4", who has since been identified as Alan MARTINA. This report was labeled as CyberTipline Repot #209865980.

4. The information about the user of the account indicated it was associated with an IP address which resolved to Breezeline, Inc. More specifically, legal process to Breezeline indicated the subscriber address was listed as 1910 Ferris Road in Columbus, Ohio. Based on that, the case was referred to the Franklin County Internet Crimes Against Children (ICAC) Task Force.

5. Law enforcement then reviewed the files associated to CyberTipline Repot #209865980. One of the images flagged depicted a still image of a prepubescent/toddler aged female lying fully nude on what appeared to be a bed. The toddler was lying on her back with her feet near the camera. The hand of what appears to be an adult male was observed spreading apart the toddler's vagina with his index and middle finger. The image is focused on the toddler's exposed vagina.

6. Further investigation into the address where the upload occurred revealed that MARTINA resided at the residence. Law enforcement then learned that MARTINA had been previously convicted of Pandering Sexually Oriented Matter Involving a Minor in violation of Ohio Revised Code (ORC) 2907.321 in the Franklin County Court of Common Pleas under case number10CR001119. On December 29, 2010, MARTINA was sentenced to a total of 24 months incarceration and required to register as a sexual offender.

7. Law enforcement also learned that the address MARTINA had on file with the sex offender registry was 1910 Ferris Road, Columbus, Ohio.

8. On or about September 18, 2025, law enforcement conducted surveillance at 1910 Ferris Road and observed MARTINA present at the residence.

9. On or about September 22, 2025, members of the Franklin County ICAC executed a search warrant at the Ferris Road residence. While conducting an on-scene preview of the electronic devices seized, specifically the Alcatel cellular device belonging to MARTINA, law enforcement observed a photo depicting a fully nude prepubescent female, being held by what appeared to be an adult female in a shower. In the photo, the child's legs were spread apart while the adult had her hand on the child's exposed vagina.

10. Five additional devices were seized during the execution of the search warrant. MARTINA was placed under arrest for violations of the Ohio Revised Code, including Pandering.

11. An additional precursor review of the devices seized from 1910 Ferris Road has revealed twenty-one additional images depicting child pornography from two of the devices. Full forensic examination of these devices is still pending

12. Based upon the above information, your affiant submits that there is probable cause to believe that Alan **MARTINA** has committed offenses in violation of 18 U.S.C. §§ 2252,

2252A –distribution, transmission, receipt, and/or possession of child pornography, or attempts of such. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

_____
Sara Sellars
Special Agent
Homeland Security Investigations

Sworn and subscribed to before me this __8th__ day of October, 2025

_____
Elizabeth A. Preston Deavers
United States Magistrate Judge